# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 26-mj-8239-RMM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SANTIAGO LOPEZ-MENDEZ,

Defendant.

_____/

<table>
<tr><td>FILED BY_____<i>MEE</i>_____D.C.<br><br><b>Mar 31, 2026</b><br><br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - WEST PALM BEAC</td></tr>
</table>

## CRIMINAL COVER SHEET

1.      Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

Yes        X **No**

2.      Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

Yes        X **No**

3.      Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

Yes        X **No**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:   (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>SANTIAGO LOPEZ-MENDEZ,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  26-mj-8239-RMM |

FILED BY ____MEE____ D.C.

**Mar 31, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WEST PALM BEAC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____03/27/2026_____ in the county of _____Palm Beach_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Reentry After Deportation |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Camacho, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  3/30/26

_____
*Judge's signature*

City and state:        West Palm Beach, Florida

Hon. Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**LUIS CAMACHO**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**
**Case No. 26-mj-8239-RMM**

I, Luis Camacho, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States under Title 8 of the United States Code,

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Santiago LOPEZ-MENDEZ (defendant LOPEZ-MENDEZ) committed the offense of illegal reentry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about March 27, 2026, defendant LOPEZ-MENDEZ was arrested in Palm Beach County, Florida for the offense of domestic violence. He was booked and detained at the Palm Beach County Jail.

4.      A review of the U.S. Department of Homeland Security immigration records (commonly referred to as an "A-File") for defendant LOPEZ-MENDEZ establish that Santiago LOPEZ-MENDEZ is a native and citizen of Guatemala. Said A-File records further establish that on or about July 17, 2006, November 27, 2006, and December 3, 2006, defendant LOPEZ-MENDEZ, was apprehended by U.S. Immigration authorities, falsely identified himself as

"Gregorio Sanchez-Mejia" and "Juan LOPEZ-SANCHEZ," a citizen of Mexico, and was permitted to voluntarily depart the United States and return to Mexico.

5. Thereafter, defendant LOPEZ-MENDEZ reentered into the United States illegally, was again apprehended, and on or about September 11, 2018, was ordered removed (deported). The Order of Removal was executed on or about September 25, 2018, whereby defendant LOPEZ-MENDEZ was removed from the United States and returned to Guatemala.

6. Defendant LOPEZ-MENDEZ's fingerprints taken in connection with his March 27, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is defendant LOPEZ-MENDEZ.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if defendant LOPEZ-MENDEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that defendant LOPEZ-MENDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about March 27, 2026, Santiago LOPEZ-MENDEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the

2

express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

SWORN AND ATTESTED TO ME
TELEPHONICALLY (VIA FACETIME)
BY THE APPLICANT IN ACCORDANCE
WITH THE REQUIREMENTS OF
FED. R. CRIM. P. 4(d) AND 4.1 THIS
___30___ DAY OF MARCH, 2026.

_____
HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  Santiago LOPEZ-MENDEZ

**Case No**:  26-mj-8239-RMM

**Count # 1**

**Reentry After Deportation**

**Title 8, United States Code, Section 1326(a)**

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** 1 year
* **Max. Fine:**  $250,000.00
* **Special Assessment**: $100.00
* **Immigration Consequences of removal (deportation) if convicted**